JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONTAE RASHEDA THOMAS,<br><br>    Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 2:20-cv-06290-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: October 27, 2021

                HON. STEVE KIM
                U.S. MAGISTRATE JUDGE